EXLEY EXPRESS, INC. *v.* UNITED STATES ET AL.

No. 644.   Decided December 12, 1966.

*Robert L. Holtzclaw* and *James T. Johnson* for appellant.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro* and *Robert W. Ginnane* for the United States et al.; *Earle V. White* for Albany Food Products, Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

LAIRD & CO. ET AL. *v.* CHENEY, DIRECTOR OF ALCOHOLIC BEVERAGE CONTROL, ET AL.

No. 675.   Decided December 12, 1966.

*Harry W. Colmery* and *Robert E. Russell* for appellants.

*Robert C. Londerholm,* Attorney General of Kansas, and *Park McGee,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.